ELECTRONIC ENDORSEMENT FOR PEREZ ET AL. V. BY YOUR SIDE HOMEMAKER & COMPANION SERVICE, LLC ET AL., 08 CV 602 (JBA)

11/19/09 – Defendant O'Halloran has represented that he is not available to attend the settlement conference scheduled for 12/15/09 (see Dkt. #83), the day selected pursuant to the request of plaintiffs' counsel that such conference be held during the week of 12/14/09.  It goes without saying that there is no purpose served by a one-sided settlement conference.  As indicated by this Magistrate Judge's law clerk to plaintiffs' counsel, the next available dates for a potentially full day settlement conference are January 19-22, 2010.  Defendant O'Halloran has represented that he is available on these dates.  Therefore, on or before 11/30/09, plaintiffs' counsel shall contact this Magistrate Judge's Chambers to indicate on which of these four dates they are available.